# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - FLINT

IN RE:

      BARBARA F. PALMER,                  Case No. 12-33124-dof

                                             Chapter 7 Proceeding

          Debtor.                         Hon. Daniel S. Opperman

_____/

## ORDER ESTABLISHING DISCOVERY DEADLINE

      On March 7, 2018, the Court held a telephonic status conference regarding the Trustee's

Objection to Debtor's Amended Exemptions and concluded that discovery should be open.

      NOW, THEREFORE, IT IS HEREBY ORDERED that discovery regarding the Trustee's

Objection to Debtor's Amended Exemptions is open until further order of the Court.

**Signed on March 09, 2018**



                                **/s/ Daniel S. Opperman**

                                **Daniel S. Opperman**
                                **United States Bankruptcy Judge**