**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

**IN RE: Barbara Palmer**      **CHAPTER 7**
                                                 **CASE NO:**    **12-33124**
                                                 **JUDGE: Daniel S. Opperman**

**Debtor**
_____/

**STIPULATION TO ADJOURN THE EVIDENTIARY HEARING**

       The parties hereto agree to the entry of an adjournment Order of the evidentiary hearing scheduled on March 28, 2018 at 2 p.m., see the attached proposed order.

| | |
|---|---|
| /s/ Collene K. Corcoran | /s/ Linda Rawls |
| Collene K. Corcoran (P41500) | Linda Rawls (P72190) |
| Chapter 7 Trustee | Attorney for Debtor |
| P.O. Box 535 | Legal Services of Eastern Michigan |
| Oxford, MI 48371 | 436 S. Saginaw Street |
| 248-969-9300 | Ste.101 |
| trusteecorcoran@gmail.com | Flint, MI 48502 |
| | 1-800-322-4512 ext. 112 |
| | lrawls@lsem-mi.org |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

**IN RE: Barbara Palmer**  CHAPTER 7
  CASE NO:   12-33124
  JUDGE: Daniel S. Opperman

**Debtor**
_____/

**ORDER ADJOURNING THE EVIDENTIARY HEARING**

This matter having come before the court by stipulation of the parties who have agreed to the following terms and the Court being advised,

therefore:

**IT IS HEREBY ORDERED** the above referenced matter is adjourned to June 13, 2018 at 2 p.m.

**IT IS FURTHER ORDERED** that the Debtor's Counsel shall serve a copy the entered Order on the Debtor and any interested parties as applicable within 7 days.